UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Civil No. 19-cv-00415-NT

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF MAINE | ) |
| SYSTEM and DAVID FIACCO, | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION**

Due to changes in circumstances that have occurred since the filing of Plaintiff's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiff John Doe provides this notice that he is withdrawing his Motion for Temporary Restraining Order and Preliminary Injunction, without prejudice. At this time, Plaintiff seeks neither temporary nor preliminary injunctive relief concerning his suspension from the University of Maine at Farmington.

This notice obviates the need for an evidentiary hearing on Plaintiff's Motion as previously scheduled for September 20, 2019. Counsel does not believe that oral argument is necessary on Plaintiff's other pending motion (Motion to Proceed Under Alias and to Seal Certain Documents, ECF. No. 3), but will participate if the Court believes that oral argument would be of assistance in resolving that motion.

-2-

Dated:  September 17, 2019.

/s/ Richard L. O'Meara
Richard L. O'Meara
Francis Bigelow
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 773-5651
*E-mail:  romeara@mpmlaw.com*

-2-