UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Civil No. 19-CV-415-NT

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF MAINE SYSTEM, | ) |
| TRUSTEES OF THE UNIVERSITY | ) |
| OF MAINE SYSTEM, ERIC BROWN, | ) |
| DAVID FIACCO, SCOTT HELMKE, | ) |
| ELIZABETH LAVOIE, | ) |
| and KENDA SCHEELE, | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled matter, is dismissed with prejudice and without costs.

Dated: April 29, 2021

/s/ Richard L. O'Meara
Richard L. O'Meara
Francis D. Bigelow
Carolyn A. Liegner
Counsel for Plaintiff
*E-mail: romeara@mpmlaw.com*
*E-mail: bbigelow@mpmlaw.com*
*E-mail: cliegner@mpmlaw.com*

MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651

-2-

Dated: April 29, 2021                    /s/ Shiloh D. Theberge
                                         Shiloh D. Theberge
                                         Tara A. Walker
                                         Kathyrn W. McGintee
                                         Counsel for Defendants
                                         *Email: stheberge@bernsteinshur.com*
                                         *Email: twalker@bernsteinshur.com*
                                         *Email: kmcgintee@bernsteinshur.com*

                                         BERNSTEIN SHUR
                                         100 Middle Street, P.O. 9729
                                         Portland, ME  04104-5029
                                         (207) 774-1200